IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL VERNON CRITCHFIELD,

    Plaintiff,

v.

MICHAEL CHAMBERS, et al.

    Defendants.

ORDER

Case No. 14-cv-875-wmc

Plaintiff Michael Vernon Critchfield has filed a proposed civil action titled as a Bill in Equity. Plaintiff has not paid the $400 filing fee, however he has submitted a document titled Pauper Oath. This document is not sufficient to determine whether plaintiff qualifies as eligible to proceed without prepayment of the filing fee. In the event that plaintiff wishes to proceed without prepayment of the filing fee, the enclosed petition and affidavit must be completed to determine whether plaintiff qualifies as indigent.

ORDER

IT IS ORDERED that plaintiff Michael Vernon Critchfield may have until January 7, 2015, in which to either pay the $400 filing fee or to submit an affidavit of indigency and return it to the court. If, by January 7, 2015, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will

be closed without prejudice to plaintiff filing the case at a later date.

Entered this 19th day of December, 2014.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge