IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL VERNON CRITCHFIELD,

                Plaintiff,                ORDER

   v.

                                        14-cv-875-wmc

MICHAEL C. CHAMBERS, et al.,

                Defendants.

Plaintiff Michael Vernon Critchfield has filed a filed a document titled "Bill in Equity," which I construe to be a civil complaint. Plaintiff seeks to commence this lawsuit without prepaying the filing fee pursuant to 28 U.S.C. § 1915.

To determine whether a plaintiff is indigent for purposes of prepaying the filing fee, the court makes the following calculation. From plaintiff's annual gross income, the court subtracts $3,700 for each dependent, excluding the plaintiff. If the balance is less than $16,000, plaintiff may proceed without any prepayment of fees and costs; if the balance is greater than $16,000 but less than $32,000, plaintiff must prepay half the fees and costs. If the balance is more than $32,000, plaintiff must pay the $400 filing fee. Substantial assets or debts require individual consideration.

From plaintiff's affidavit of indigency, I find that plaintiff has an annual household income of $54,100. Plaintiff has four dependents, so the relevant total yearly income is $39,300. Accordingly, plaintiff must prepay the $400 fee for commencing this action

ORDER

IT IS ORDERED that plaintiff Michael Vernon Critchfield's petition for leave to proceed without prepayment of the filing fee (Dkt. #4) is DENIED. Plaintiff must pay the $400 fee no later than January 21, 2015. If plaintiff fails to do so, this action may be closed without further notice.

Entered this 31st day of December, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge